UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                           §
                                                 §
DZOBA JR., THOMAS WILLIAM                        §        Case No. 12-15994 CCJ
                                                 §
            Debtor(s)                            §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
       . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/MARIE E. HENKEL_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:      12-15994       CCJ    Judge: CYNTHIA C. JACKSON            Trustee Name:              MARIE E. HENKEL
Case Name:    DZOBA JR., THOMAS WILLIAM                                  Date Filed (f) or Converted (c):  11/29/12 (f)
                                                                         341(a) Meeting Date:       01/04/13
For Period Ending: 01/11/14                                              Claims Bar Date:           04/12/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 8849 LARWIN LANE ORLANDO, FL 32817 HOMESTEAD | 210,000.00 | 0.00 | OA | 0.00 | FA |
| 02/20/13 Notice of Abandonment | | | | | |
| Debtor Claimed Exemption | | | | | |
| 2. TIMESHARE MYRTLE BEACH, SC 2 WEEKS, 1 WEEK TO WIFE | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3. $50 | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. CHECKING SUNTRUST ORLANDO, FL | 150.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. CHECKING/SAVINGS FAIRWINDS ORLANDO, FL | 10.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. HOUSEHOLD GOODS AND FURNITURE OLDER EST $1500 | 1,500.00 | 580.00 | | 580.00 | FA |
| 7. CLOTHING | 50.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. GOLF CLUBS (30) | 30.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. RETIREMENT NO ACCESS UNTIL AGE 62 | 1.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. 20 SHARE 1ST ENERGY @ $43= $860 | 860.00 | 860.00 | | 860.00 | FA |
| 11. 2012 TAX REFUND EST $4000 | 4,000.00 | 1,990.17 | | 2,187.00 | FA |
| Total Refund    : $ 2,187.00 | | | | | |
| Debtor portion  : ( 196.83) | | | | | |
| Net to estate   : $ 1,990.17 | | | | | |
| 12. 2012 CHEVY EQUINOX 2WD 4CYL LT 1K, LIEN BY ALLY VI | 20,000.00 | 0.00 | OA | 0.00 | FA |
| 02/20/13 Notice of Abandonment | | | | | |
| 13. JOHN BOAT 12.5 FT 5 HP MOTOR | 400.00 | 400.00 | | 400.00 | FA |
| 14. FIDELITY SUPPLEMENTAL RETIREMENT PLAN | 10,987.98 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 12-15994 CCJ Judge: CYNTHIA C. JACKSON | Trustee Name: | MARIE E. HENKEL |
| Case Name: | DZOBA JR., THOMAS WILLIAM | Date Filed (f) or Converted (c): | 11/29/12 (f) |
| | | 341(a) Meeting Date: | 01/04/13 |
| | | Claims Bar Date: | 04/12/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Debtor Claimed Exemption | | | | | |
| 15. ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT (u) | 0.00 | 120.00 | | 120.00 | FA |
| 16. ENTERED IN ERROR (u) | 0.00 | 0.00 | | 0.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $249,038.98 | $4,950.17 | | $4,147.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor has agreed to buyback non-exempt equity in assets # 6 ($ 580.00), # 10 ($ 800.00) & # 12 ($ 400.00), by making
paymernts over 12 months
1/08/13 Notice of Asset
02/20/13 Notice of Sale
    Notice of Abandonment as to assets # 1 & # 12
05/01/13 Claims review complete
01/11/14 Report of Sale
    Final Report submitted

Initial Projected Date of Final Report (TFR): 02/15/14    Current Projected Date of Final Report (TFR): 01/11/14

FORM 2

Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-15994 -CCJ | | Trustee Name: | MARIE E. HENKEL |
| Case Name: | DZOBA JR., THOMAS WILLIAM | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8567  MONEY MARKET |
| Taxpayer ID No: | *******9560 | | | |
| For Period Ending: | 01/11/14 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/07/13 | | THOMAS W. DZOBA<br>8849 Larwin Ln<br>Orlando, FL 32817 | BUYBACK PAYMENT W/$10 ADMIN FEE | 1129-000 | 163.34 | | 163.34 |
| 02/07/13 | 6 | Asset Sales Memo: | HOUSEHOLD GOODS AND FURNITURE OLDER EST $1500  $153.34 | | | | 163.34 |
| 02/07/13 | 15 | Asset Sales Memo: | ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT  $10.00<br>02/20/13 Notice of Sale<br>Asset #  6 : $ 153.34<br>Asset # 15 :     10.00 | | | | 163.34 |
| 03/08/13 | | U. S. TREASURY | Tax Refund | 1124-000 | 2,187.00 | | 2,350.34 |
| 03/08/13 | 11 | Asset Sales Memo: | 2012 TAX REFUND EST $4000  $2,187.00<br>Total Refund    : $ 2,187.00<br>Debtor portion :  ( 196.83)<br>Net to estate    : $ 1,990.17 | | | | 2,350.34 |
| 03/08/13 | 003001 | THOMAS W. DZOBA<br>8849 Larwin Ln<br>Orlando, FL 32817 | DEBTOR'S EXEMPT PORTION OF REFUND | 8100-002 | | 196.83 | 2,153.51 |
| 03/12/13 | | THOMAS W. DZOBA<br>8849 Larwin Ln<br>Orlando, FL 32817 | BUYBACK PAYMENT | 1129-000 | 196.83 | | 2,350.34 |
| 03/12/13 | 6 | Asset Sales Memo: | HOUSEHOLD GOODS AND FURNITURE OLDER EST $1500  $196.83<br>02/20/13 Notice of Sale | | | | 2,350.34 |
| 03/13/13 | | THOMAS W. DZOBA<br>8849 Larwin Ln<br>Orlando, FL 32817 | BUYBACK PAYMENT W/$10 ADMIN FEE | 1129-000 | 163.34 | | 2,513.68 |
| 03/13/13 | 6 | Asset Sales Memo: | HOUSEHOLD GOODS AND FURNITURE OLDER EST $1500  $153.34 | | | | 2,513.68 |
| | | | Page Subtotals | | 2,710.51 | 196.83 | |

FORM 2

Page: 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-15994 -CCJ | | Trustee Name: | MARIE E. HENKEL |
|---|---|---|---|---|
| Case Name: | DZOBA JR., THOMAS WILLIAM | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******8567  MONEY MARKET |
| Taxpayer ID No: | *******9560 | | | |
| For Period Ending: | 01/11/14 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/13/13 | 15 | Asset Sales Memo: | ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT  $10.00<br>02/20/13 Notice of Sale<br>Asset #  6 : $ 153.34<br>Asset # 15 :    10.00 | | | | 2,513.68 |
| 04/10/13 | | THOMAS W. DZOBA<br>8849 Larwin Ln<br>Orlando, FL 32817 | BUYBACK PAYMENT W/$10 ADMIN FEE | 1129-000 | 163.34 | | 2,677.02 |
| 04/10/13 | 6 | Asset Sales Memo: | HOUSEHOLD GOODS AND FURNITURE OLDER EST $1500  $76.49 | | | | 2,677.02 |
| 04/10/13 | 10 | Asset Sales Memo: | 20 SHARE 1ST ENERGY @ $43= $860  $76.85 | | | | 2,677.02 |
| 04/10/13 | 15 | Asset Sales Memo: | ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT  $10.00<br>02/20/13 Notice of Sale<br>Asset #  6 : $ 76.49<br>Asset # 10 :   76.85<br>Asset # 15 :   10.00 | | | | 2,677.02 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,662.02 |
| 05/06/13 | | THOMAS W. DZOBA<br>8849 Larwin Ln<br>Orlando, FL 32817 | BUYBACK PAYMENT W/$10 ADMIN FEE | 1129-000 | 163.34 | | 2,825.36 |
| 05/06/13 | 10 | Asset Sales Memo: | 20 SHARE 1ST ENERGY @ $43= $860  $153.34 | | | | 2,825.36 |
| 05/06/13 | 15 | Asset Sales Memo: | ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT  $10.00<br>02/20/13 Notice of Sale<br>Asset # 10 : $ 153.34<br>Asset $ 15 :   10.00 | | | | 2,825.36 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,810.36 |
| 06/07/13 | | THOMAS W. DZOBA<br>8849 Larwin Ln | BUYBACK PAYMENT W/$10 ADMIN FEE | 1129-000 | 163.34 | | 2,973.70 |

Page Subtotals    490.02    30.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 12-15994 -CCJ | Trustee Name: | MARIE E. HENKEL |
| Case Name: | DZOBA JR., THOMAS WILLIAM | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******8567  MONEY MARKET |
| Taxpayer ID No: | *******9560 | | |
| For Period Ending: | 01/11/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Orlando, FL 32817 | | | | | |
| 06/07/13 | 10 | Asset Sales Memo: | 20 SHARE 1ST ENERGY @ $43= $860  $153.34 | | | | 2,973.70 |
| 06/07/13 | 15 | Asset Sales Memo: | ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT  $10.00  02/20/13 Notice of Sale  Asset # 10 : $ 153.34  Asset # 15 :    10.00 | | | | 2,973.70 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 2,958.70 |
| 07/09/13 | | THOMAS W. DZOBA  8849 Larwin Ln  Orlando, FL 32817 | BUYBACK PAYMENT W/$10 ADMIN FEE | 1129-000 | 163.34 | | 3,122.04 |
| 07/09/13 | 10 | Asset Sales Memo: | 20 SHARE 1ST ENERGY @ $43= $860  $153.34 | | | | 3,122.04 |
| 07/09/13 | 15 | Asset Sales Memo: | ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT  $10.00  02/20/13 Notice of Sale  Asset # 10 : $ 153.34  Asset # 15 :    10.00 | | | | 3,122.04 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,107.04 |
| 08/05/13 | | THOMAS W. DZOBA  8849 Larwin Ln  Orlando, FL 32817 | BUYBACK PAYMENT W/$10 ADMIN FEE | 1129-000 | 163.34 | | 3,270.38 |
| 08/05/13 | 10 | Asset Sales Memo: | 20 SHARE 1ST ENERGY @ $43= $860  $153.34 | | | | 3,270.38 |
| 08/05/13 | 15 | Asset Sales Memo: | ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT  $10.00  02/20/13 Notice of Sale  Asset # 10 : $ 153.34  Asset # 15 :    10.00 | | | | 3,270.38 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,255.38 |
| 09/06/13 | | THOMAS W. DZOBA | BUYBACK PAYMENT W/$10 ADMIN FEE | 1129-000 | 163.34 | | 3,418.72 |

Page Subtotals     490.02     45.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 12-15994 -CCJ | Trustee Name: | MARIE E. HENKEL |
|---|---|---|---|
| Case Name: | DZOBA JR., THOMAS WILLIAM | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******8567  MONEY MARKET |
| Taxpayer ID No: | *******9560 | | |
| For Period Ending: | 01/11/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 8849 Larwin Ln | | | | | |
| | | Orlando, FL 32817 | | | | | |
| 09/06/13 | 10 | Asset Sales Memo: | 20 SHARE 1ST ENERGY @ $43= $860  $153.34 | | | | 3,418.72 |
| 09/06/13 | 15 | Asset Sales Memo: | ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT  $10.00 | | | | 3,418.72 |
| | | | 02/20/13 Notice of Sale | | | | |
| | | | Asset # 10 : $ 153.45 | | | | |
| | | | Asset # 15 :    10.00 | | | | |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,403.72 |
| 09/30/13 | | THOMAS W. DZOBA | BUYBACK PAYMENT W/$10 ADMIN FEE | 1129-000 | 163.34 | | 3,567.06 |
| | | 8849 Larwin Ln | | | | | |
| | | Orlando, FL 32817 | | | | | |
| 09/30/13 | 10 | Asset Sales Memo: | 20 SHARE 1ST ENERGY @ $43= $860  $16.45 | | | | 3,567.06 |
| 09/30/13 | 13 | Asset Sales Memo: | JOHN BOAT 12.5 FT 5 HP MOTOR  $136.89 | | | | 3,567.06 |
| 09/30/13 | 15 | Asset Sales Memo: | ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT  $10.00 | | | | 3,567.06 |
| | | | 02/20/13 Notice of Sale | | | | |
| | | | Asset # 10 : $  16.45 | | | | |
| | | | Asset # 13 :   136.89 | | | | |
| | | | Asset # 15 :    10.00 | | | | |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 3,552.06 |
| 11/01/13 | | Transfer to Acct #*******7434 | Final Posting Transfer | 9999-000 | | 3,552.06 | 0.00 |

Page Subtotals    163.34    3,582.06

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.04b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit B

| | |
|---|---|
| Case No: | 12-15994 -CCJ |
| Case Name: | DZOBA JR., THOMAS WILLIAM |
| Taxpayer ID No: | *******9560 |
| For Period Ending: | 01/11/14 |

| | |
|---|---|
| Trustee Name: | MARIE E. HENKEL |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******8567 MONEY MARKET |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,853.89 | 3,853.89 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 3,552.06 | |
| | | | Subtotal | | 3,853.89 | 301.83 | |
| | | | Less: Payments to Debtors | | | 196.83 | |
| | | | Net | | 3,853.89 | 105.00 | |

Page Subtotals    0.00    0.00

FORM 2

Page: 6

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-15994 -CCJ | Trustee Name: | MARIE E. HENKEL |
|---|---|---|---|
| Case Name: | DZOBA JR., THOMAS WILLIAM | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******7434  GENERAL |
| Taxpayer ID No: | *******9560 | | |
| For Period Ending: | 01/11/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/01/13 | | Transfer from Acct #*******8567 | Transfer In From MMA Account | 9999-000 | 3,552.06 | | 3,552.06 |
| 11/26/13 | | THOMAS W. DZOBA<br>8849 Larwin Ln<br>Orlando, FL 32817 | BUYBACK PAYMENT W/$10 ADMIN FEE | 1129-000 | 163.34 | | 3,715.40 |
| 11/26/13 | 13 | Asset Sales Memo: | JOHN BOAT 12.5 FT 5 HP MOTOR  $153.34 | | | | 3,715.40 |
| 11/26/13 | 15 | Asset Sales Memo: | ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT  $10.00<br>02/20/13 Notice of Sale<br>Asset # 13 : $ 153.34<br>Asset 3 15 :   10.00 | | | | 3,715.40 |
| 12/13/13 | | THOMAS W. DZOBA<br>8849 Larwin Ln<br>Orlando, FL 32817 | BUYBACK PAYMENT W/$10 ADMIN FEE | 1129-000 | 129.77 | | 3,845.17 |
| 12/13/13 | 13 | Asset Sales Memo: | JOHN BOAT 12.5 FT 5 HP MOTOR  $109.77 | | | | 3,845.17 |
| 12/13/13 | 15 | Asset Sales Memo: | ADMINISTRATIVE FEE FOR BUYBACK AGREEMENT  $20.00<br>02/20/13 Notice of Sale<br>Asset # 13 : $ 109.77<br>Asset # 15 :   20.00 | | | | 3,845.17 |

| | Page Subtotals | 3,845.17 | 0.00 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit B

| | |
|---|---|
| Case No: | 12-15994 -CCJ |
| Case Name: | DZOBA JR., THOMAS WILLIAM |
| Taxpayer ID No: | *******9560 |
| For Period Ending: | 01/11/14 |

| | |
|---|---|
| Trustee Name: | MARIE E. HENKEL |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******7434  GENERAL |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,845.17 | 0.00 | 3,845.17 |
| | | | Less:  Bank Transfers/CD's | | 3,552.06 | 0.00 | |
| | | | Subtotal | | 293.11 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 293.11 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********8567 | 3,853.89 | 105.00 | 0.00 |
| GENERAL - ********7434 | 293.11 | 0.00 | 3,845.17 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 4,147.00 | 105.00 | 3,845.17 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

| Page 1 | | VALID CLAIMS<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: January 11, 2014 |
|---|---|---|---|---|---|---|

Case Number: 12-15994  
Debtor Name: DZOBA JR., THOMAS WILLIAM  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Fairwinds Credit Union<br>3087 N Alafaya Trl<br>Orlando FL 32826 | Unsecured | 9660 | $15,996.00 | $15,676.66 | $15,676.66 |
| 000002<br>070<br>7100-00 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>P O Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 5978 Kohl's | $368.00 | $632.60 | $632.60 |
| 000003<br>070<br>7100-00 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | 5978 Citibank | $8,185.00 | $8,505.24 | $8,505.24 |
| 000004<br>070<br>7100-00 | eCAST Settlement Corporation<br>P O Box 29262<br>New York, NY 10087-9262 | Unsecured | 7257 Chase Bank | $976.00 | $1,096.84 | $1,096.84 |
| 000005<br>070<br>7100-00 | eCAST Settlement Corporation<br>P O Box 29262<br>New York, NY 10087-9262 | Unsecured | 1009 Chase Bank | $1,942.00 | $2,111.65 | $2,111.65 |
| 000006<br>070<br>7100-00 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Ste 200<br>Tucson, AZ 85712 | Unsecured | 3042 Costco<br>Payment Address : P O Box 7247-6971<br>                    Philadelphia, PA 19170-6971 | $0.00 | $6,559.14 | $6,559.14 |
| | Case Totals: | | | $27,467.00 | $34,582.13 | $34,582.13 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-15994 CCJ
Case Name: DZOBA JR., THOMAS WILLIAM
Trustee Name: MARIE E. HENKEL

        Balance on hand          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MARIE E. HENKEL | $ | $ | $ |
| Trustee Expenses: MARIE E. HENKEL | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses     $_____

    Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fairwinds Credit Union | $ | $ | $ |
| 000002 | Capital One, N.A. | $ | $ | $ |
| 000003 | Atlas Acquisitions LLC | $ | $ | $ |
| 000004 | eCAST Settlement Corporation | $ | $ | $ |
| 000005 | eCAST Settlement Corporation | $ | $ | $ |
| 000006 | eCAST Settlement Corporation | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                               $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE